## Lewis et ux. *v.* Scott, Appellant.

order by DOYLE, J. Argued April 16, 1975. *John A. Caputo,* with him *O'Donnell, Bresnahan, Caputo and Capristo,* for ap-

pellant; *Robert W. Murdoch,* with him *Richard G. Lewis,* and *Jones, Gregg, Creehan and Gerace,* for appellee.

Order and judgment affirmed.

PRICE, J., did not participate in the consideration or decision of this case.